Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 07−11965−aih**

**In re:**

Scott J Altheide
311 15th St
Elyria, OH 44035

Janet Marie Altheide
311 15th St
Elyria, OH 44035

**Social Security No.:**

xxx−xx−1765

xxx−xx−4770

### FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Craig H Shopneck is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** December 13, 2011
Form ohnb136

/s/ Arthur I. Harris
United States Bankruptcy Judge